## People, for Defendant in Error, v. Thomas Shanahan, Plaintiff in Error.

**Gen. No. 47,034.**

First District, First Division.

January 7, 1957.

Released for publication February 11, 1957.

S. Edward Bloom, for plaintiff in error, Maxfield Weisbrod, of counsel; John Gutknecht, State's Attorney of Cook county, for defendant in error, Gordon B. Nash, Charles D. Snewind, Joseph R. Kerwin, and Edward J. Fleming, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.